No. 97–6452. HARVEY v. DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6481. GEYER v. DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 97–6486. RODRIGUEZ v. WATTS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6488. ESSELL v. DRUG ENFORCEMENT ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6490. GORDY v. BELTRAM. C. A. 5th Cir. Certiorari denied.

No. 97–6499. THOMPSON v. FEDERAL BUREAU OF INVESTIGATION. C. A. 8th Cir. Certiorari denied.

No. 97–6519. GADDY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–6538. PARCHUE v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–6543. CAGLE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6548. LEBRON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–6586. ROBINSON v. ARVONIO, SUPERINTENDENT, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6625. SCOTT v. RAINEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6649. MOOMCHI v. WILSON & PRYOR ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6657. BROWN v. RUBIN, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.